

FILED

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0623

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0623

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BRANDON JEROME LAMBRIGHT,

Defendant and Appellant.

FILED

JUN 0 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Brandon Jerome Lambright, via counsel, moves for an order remanding this proceeding to the Nineteenth Judicial District Court, Lincoln County, and dismissing the remainder of this appeal with prejudice. Appellee State of Montana does not oppose this motion.

Lambright asserts that the District Court orally sentenced him to 180 days with 165 days suspended each, to run consecutively, on Counts I and II of the underlying criminal matter. However, the written judgment erroneously states that Lambright was sentenced to 365 days with 350 days suspended each, to run consecutively, on Counts I and II.

Lambright asserts that it is in the best interests of justice and efficiency for this Court to remand this matter to the District Court to conform the written judgment with the oral pronouncement of sentence.

IT IS THEREFORE ORDERED that this case is REMANDED to the Nineteenth Judicial District Court for entry of an amended judgment and sentence in accordance with this Order.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record, to the Clerk of Court for Lincoln County, and to the Honorable Matthew Cuffe, presiding District Judge.

Dated this 6 day of June, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2